E-FILED
Monday, 31 July, 2006   03:35:15 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Monteen Lydel Gray |
| | Rantoul, IL 61866 |
| **CASE NUMBER:** | 99-20006-001 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge |
| **ORIGINAL SENTENCE DATE:** | 09/24/99 |
| **ORIGINAL OFFENSE:** | Distribution of Cocaine Base "Crack" |
| **ORIGINAL SENTENCE:** | 78 months imprisonment followed by a 5 yr term of supervised release with mandatory and standard conditions as well as the following special conditions: 1) participate in substance abuse treatment and testing; 2) participate in job training or employment counseling; 3) not own, purchase, or possess a firearm, ammunition, or other dangerous weapon; and 4) obtain a G.E.D. |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION COMMENCED:** | 02/20/04 |
| **ASSISTANT U.S. ATTORNEY:** | Richard N. Cox |
| **DEFENSE ATTORNEY:** | Thomas W. Patton, appt'd |

---

**PETITIONING THE COURT**

**[ ]**   To issue a warrant
**[X]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**VIOLATION**
**NUMBER**          **NATURE OF NONCOMPLIANCE**

1.    **LAW VIOLATION - DELIVERY OF 'CRACK' COCAINE**

      MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

**PROB 12C**                                                          **RE: GRAY, Monteen Lydel**
**Page 2**

           On **August 5, 2005,** a confidential source made a controlled purchase of approximately 1.4 grams of crack cocaine from Monteen Gray at his residence in exchange for $50. He is charged in Champaign County Case #05-CF-2158, which is set for a pretrial hearing on September 5, 2006.

**U.S. Probation Officer Recommendation:**

    **[X]**    The term of supervision should be
           **[X]**    revoked
           **[ ]**    extended for   years, for a total term of   years.
    **[ ]**    The conditions of supervision should be modified as follows:

           I declare under penalty of perjury that the foregoing is true and correct.

           <u>s/Susan C. Silver</u>
           Susan C. Silver
           U.S. Probation Officer
           Date: 07/28/06

SCS:sdo

---

**THE COURT ORDERS:**

**[ ]**    No action
**[ ]**    The issuance of a warrant
**[ x]**    The issuance of a summons
**[ ]**    Other:

    ENTER this 31st day of July, 2006.

                                            <u>s/ DAVID G. BERNTHAL</u>
                                             U.S. MAGISTRATE JUDGE