# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

**MONTEEN LYDEL GRAY**
1325 Sunset Drive
Rantoul, IL 61866

Case Number: 99-20006

**FILED**
AUG 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**,

201 S. Vine St. Urbana, Illinois

at
**2:30 p.m.**
on
**August 18, 2006**
before the
HONORABLE **David G. Bernthal**

To answer a **Petition** charging you with a violation of Title **18**, United States Code, Section(s) **3606**.

Brief description of offense:

Violation of Conditions of Supervised Release

RECEIVED
2006 AUG -2 P 3: 51
US MARSHALS SERVICE
CENTRAL ILLINOIS

DATE: **7/31/06**

DAVID G. BERNTHAL

_s/David G. Bernthal_

U.S. MAGISTRATE JUDGE

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)  8/9/06 |
| Check one box below to indicate the appropriate method of service |

[✓] Served personally upon the defendant at: 1325 Sunset Drive

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 8/9/06
Date

Steven Deatherage
Name of United States Marshal

Kent P. Newman
(by) Deputy United States Marshal

Remarks: