AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

**E-FILED**
Wednesday, 15 November, 2006  03:18:54 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| MONTEEN LYDEL GRAY | |

Case Number: 99-20006-001
USM Number: 11740-026
John C. Taylor
Defendant's Attorney

**FILED**
SEP 0 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Mandatory condition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Law Violation - Delivery of "Crack" Cocaine | 8/5/2005 |

**FILED**
NOV 15 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: -8852
Defendant's Date of Birth: /1976
Defendant's Residence Address:

Defendant's Mailing Address:
In custody

8/31/2006
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. McCUSKEY    Chief U.S. District Judge
Name of Judge           Title of Judge

9/05/06
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
s/ K. Marsh
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 9/5/06

RECEIVED 2006 SEP -8 P 1:31 US MARSHALS SERV. CENTRAL ILLINOIS

DEFENDANT: MONTEEN LYDEL GRAY
CASE NUMBER: 99-20006-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

37 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _2 November 2006_ to _FCI Manchester_
at _Kentucky_ with a certified copy of this judgment.

_S. Gregory_ _Bus CT_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL