E-FILED
Tuesday, 18 March, 2008 01:59:29 PM
Clerk, U.S. District Court, ILCD

RECEIVED

MAR 17 2008    99-20006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear,

My Name is Monteen L. Gray. I'm writing to See if there is any possible way that I can recieve any thing off the "Crack" Law passed by Congress. I'm currently Serving time for Violating Supervised Release. I recieved 37 month on a plea in august 2006. My original Charge was in 1999. I recieved 78 month for "Crack" Distrabution. Now I don't know much law and I really don't know if I'm elgible for anything. I was hoping you can help me or appoint an Public Defender to help see if I can recieve anything by the passing of this new Law. My time for violation is being ran together with State time I recieved. So if I recieve any action or an early release I still have to give Illinois the rest of there Time. Though if I get any time off my time I'm Serving for violation. I can get to state prison and earn Some goodtime to where I could get home Sooner. Please let me tell you a little about me. I am fully rehabilitated 32 Yr old Man.

I have 2 childrens plus a girlfriend who wants to marry me. When I was on Supervise release. I attended all my meetings, I kept a full time Job and did my best to Stay out of trouble. See I took a step back and made a mistake that I'm paying for now. I'm not perfect but I remeber the day you Sentenced me and I said to you that you or no other Judge will ever see me again as far as Criminally. I meant that. I have a house in Rantoul that me and my Girlfriend pay morgage on together. Since August 2006 She's been paying it off and keeping it in order. I'm Just hoping I could get home Sooner So I could do my part. I accept fully my responsibility for my actions that broke the law. And truely respects your descision if there is nothing for me through the new "Crack" law. I thank God everyday that I have another chance to come home to my kids and family and I thank you for taking time to read this letter. Sincerely monteen L. Gray