IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>MONTEEN LYDELL GRAY ,<br><br>    Defendant. | No. 99cr20006<br>Hon. Michael P. McCuskey<br>Chief United States District Judge,<br>Presiding |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES court-appointed counsel for Defendant MONTENN LYDELL GRAY, Federal Public Defender Richard H. Parsons, First Assistant Federal Public Defender Jonathan E. Hawley, and Staff Attorney William C. Zukosky, and moves this Honorable Court for an Order allowing counsel to withdraw, and in support state as follows:

    1. Pursuant to Administrative Order 08-U-0005, this Court appointed counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

    2. Undersigned counsel has thoroughly reviewed the Defendant's case, has conducted extensive and continuing research, and has concluded that Defendant is ineligible for a sentence reduction for the following reasons.

    3. On September 24, 1999 this Court entered Judgment of conviction and sentence on one count of distribution of cocaine base (crack) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). The Court sentenced Defendant to a total term of 78 months. The Court further sentenced Defendant to

1

a term of 5 years of supervised release commencing upon his release from imprisonment.

4. Defendant was released from imprisonment, and commenced his term of supervised release, on or about February 20, 2004. Thereafter, on September 5, 2006 this Court entered Judgment adjudicating Defendant guilty of a violation of conditions of the term of supervision, and sentenced him to a total term of imprisonment of 37 months. Defendant is currently serving the revocation sentence.

5. 18 U.S.C. 3582(c)(2) provides in part that in the case of a Defendant who has been sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the Sentencing Commission, the Court may reduce the term of imprisonment after considering the factors set forth in section 3553(a) to the extent they are applicable and if such reduction is consistent with applicable policy statements issued by the Sentencing Commission.

6. Effective November 1, 2007, Amendment 706 to the United States Sentencing Guidelines reduced the base offense level for most cocaine base (crack) offenses. U.S.S.G. § 2D1.1(c) (Nov. 1, 2007). Effective March 3, 2008 the Sentencing Commission promulgated an amendment to U.S.S.G. § 1B1.10, and designated Amendment 706 as an amendment that may be applied retroactively. U.S.S.G. § 1B1.10. p.s. *See* Supplement to the 2007 Guidelines Manual (May 1, 2008).

7. Amended U.S.S.G. § 1B1.10(a)(2)(B) provides that, "A reduction in a defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if ... an amendment in subsection (c) does not have the effect of lowering the defendant's applicable guideline range."

8. Application Note 1(A) to amended U.S.S.G. § 1B1.10 provides in part that, " ... a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c) and

is not consistent with this policy statement if ... an amendment listed in subsection (c) is applicable to the defendant but the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline or statutory provision ... ". U.S.S.G. § 1B1.10, comment n. 1(A). *See also United States v. Lopez*, 2008 WL 822005 (M.D.Fla. March 26, 2008)(term of imprisonment on revocation of supervised release is imposed pursuant to 18 U.S.C. § 3583 and U.S.S.G. § 7B1.4 - not under U.S.S.G. § 2D1.1 which Amendment 706 affected).

9. Application Note 4(A), *Supervised Release - Exclusion Relating to Revocation*, more specifically provides that, "Only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release." U.S.S.G. § 1B1.10, comment n. 4(A). *See also United States v. Cutler*, 2008 WL 961211 (S.D.Ill. April 8, 2008) and *United States v. Mills*, 2008 WL 927542 (S.D.W.Va. April 4, 2008).

10. In the opinion of undersigned counsel, therefore, a reduction in the Defendant's revocation sentence would be inconsistent with U.S.S.G. § 1B1.10 and is therefore not authorized under 18 U.S.C. § 3582(c)(2).

11. Because undersigned counsel has concluded that Defendant is ineligible, court-appointed counsel cannot file an amended petition on Defendant's behalf, and respectfully request that they be allowed to withdraw as counsel and that Defendant be allowed to proceed in this matter *pro se*.

12. At this time Defendant is imprisoned at FCI Manchester, Federal Correctional Institution, P.O. Box 4000, Manchester, KY 40962. His current projected release date based upon the Bureau of Prisons' website is May 7, 2009.

WHEREFORE, court-appointed counsel respectfully request that this Honorable Court enter an order allowing counsel to withdraw and allowing the Defendant to proceed *pro se*.

    Respectfully Submitted,
MONTEEN LYDELL GRAY
Defendant

RICHARD H. PARSONS
Federal Public Defender

JONATHAN E. HAWLEY
First Assistant FPD

BY:   s/ William C. Zukosky
_____
WILLIAM C. ZUKOSKY
Attorney for Defendant
Staff Attorney
ARDC Reg. No. 3121844
300 Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
E-mail: william_zukosky@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Colin S. Bruce.

    s/ William C. Zukosky
_____
WILLIAM C. ZUKOSKY
Attorney for Defendant
Staff Attorney
ARDC Reg. No. 3121844
Federal Public Defender's Office
300 Main Street
Urbana, Illinois 61801) 373-0667
E-mail: william_zukosky@fd.org