99-20006

E-FILED
Friday, 27 June, 2008  11:40:50 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JUN 26 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear Judge, I recieved the motion of withdrawl from the courts and federal Public Defender, where the federal defender finds that I am ineligible for a sentence reduction. But I feel that since my original charge was Crack Distrabution and I was sentence to 78 month along with 5 years Supervise release. That I Should apply for a reduction under the new crack amendment. Even though I'm serving time for violation of Supervised release. Cause if you look at it I wouldn't be serving this time which is 37 month for violation. But if I wasn't orginally sentence to 5 years Supervised release I wouldn't be in federal custody. Also my federal Defender which you appointed me informed me over and over that he didn't know how to file on my behalf. Which I thought was odd. All I ask the Court is to review my case and rule in the favor that I am eligible do to the fact that I am serving time for violation under my original sentence that was Crack Distrabution. I wrote this as soon as I recieve the letter from you. I know this is a long Shot but I feel

That God has something good instore for me and I know my blessing is coming. I'm due for release in May 09 and from here I have to spend a short time in State prison. The sooner I leave here the sooner I get there the sooner I get home to start my Brand new life and live for God. Like I'm doing in here. In Closing I hope there is something I can get out of this. Even if it's getting Supervise Release time cut cause I have an extra 23 month of Supervise Release when I get out. Thank for reading, please Consider my case and God Bless You!

Sincerely Monteen L. Gray